(Official Form 1) (12/03)

| FORM B1 | United States Bankruptcy Court<br>Eastern District of Oklahoma | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Town of Muldrow** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):<br>**73-0776181** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**100 S. Main**<br>**Muldrow, OK 74948** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business: **Sequoyah** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**P.O. Box 429**<br>**Muldrow, OK 74948** | Mailing Address of Joint Debtor (if different from street address): |

Location of Principal Assets of Business Debtor
(if different from street address above):

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box) |
|---|---|---|
| ☐ Individual(s) | ☐ Railroad | ☐ Chapter 7 ☐ Chapter 11 ☐ Chapter 13 |
| ☐ Corporation | ☐ Stockbroker | ■ Chapter 9 ☐ Chapter 12 |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign proceeding |
| ■ Other **Municipality** | ☐ Clearing Bank | |

| **Nature of Debts** (Check one box) | **Filing Fee** (Check one box) |
|---|---|
| ☐ Consumer/Non-Business   ■ Business | ■ Full Filing Fee attached |
| **Chapter 11 Small Business** (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional) | ☐ Filing Fee to be paid in installments (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |

**Statistical/Administrative Information** (Estimates only)   THIS SPACE IS FOR COURT USE ONLY
☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors
| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Debts
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |

(Official Form 1) (12/03)

# Voluntary Petition
*(This page must be completed and filed in every case)*

| | FORM B1, Page 2 |
|---|---|
| Name of Debtor(s):<br>**Town of Muldrow** | |

## Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|

## Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney

X **/s/ Leonard I. Pataki, OBA No. 6935**
Signature of Attorney for Debtor(s)
**Leonard I. Pataki, OBA No. 6935**
Printed Name of Attorney for Debtor(s)
**Doerner, Saunders, Daniel & Anderson, L.L.P.**
Firm Name
**320 S. Boston Avenue, Suite 500**
**Tulsa, OK 74103-3725**
Address
**(918) 582-1211**
Telephone Number
**April 21, 2005**
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Catherine Jones**
Signature of Authorized Individual
**Catherine Jones**
Printed Name of Authorized Individual
**Mayor**
Title of Authorized Individual
**April 21, 2005**
Date

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)    Date

### Exhibit C

Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C.§ 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.

Form 4. LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

# United States Bankruptcy Court
## Eastern District of Oklahoma

In re **Town of Muldrow**
Debtor(s)

Case No.
Chapter **9**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, or disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Armstrong Bank<br>P.O. Box 900<br>Muldrow, OK 74948-0900 | Armstrong Bank<br>P.O. Box 900<br>Muldrow, OK 74948-0900<br>918-427-3204 | 1992 Ford Streetsweeper | | 8,352.64<br><br>(8,000.00 secured) |
| Armstrong Bank<br>P.O. Box 429<br>Muldrow, OK 74948 | Armstrong Bank<br>P.O. Box 429<br>Muldrow, OK 74948<br>918-427-3204 | 1986 GMC Rescue Truck | | 12,209.17<br><br>(12,000.00 secured) |
| Bank of Oklahoma<br>Corporate Trust Group<br>9520 N. May Ave, Suite 110<br>Oklahoma City, OK 73120 | Sue Shipman<br>Bank of Oklahoma<br>Corporate Trust Group<br>9520 N. May Ave, Suite 110<br>Oklahoma City, OK 73120<br>405-936-3901 | 1969 System Bonds | | 203,806.19<br><br>(Unknown secured) |
| ODEQ<br>Oklahoma Depart of Environmental Quality<br>P.O. Box 1677<br>Oklahoma City, OK 73101-1677 | ODEQ<br>Oklahoma Depart of Environmental Quality<br>P.O. Box 1677<br>Oklahoma City, OK 73101-1677 | Environmental Regulatory Fines | Contingent Disputed | 2,260,000.00 |
| State of Oklahoma Department of Commerce<br>900 North Stiles Ave.<br>P.O. Box 26980<br>Oklahoma City, OK 73126-0980 | Donald R. Hackler, Esq.<br>State of Oklahoma Department of Commerce<br>900 North Stiles Ave.<br>Oklahoma City, OK 73126-0980<br>800-879-6552 ext. 359 | Promissory Note Collateral: Water & Wastewater Revenue | | 259,413.08<br><br>(Unknown secured) |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Software Copyright (c) 1996-2004 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

In re   **Town of Muldrow**                                          Case No. _____
                                  Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, or disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing List of Creditors Holding 20 Largest Unsecured Claims and that it is true and correct to the best of my information and belief.

Date **April 21, 2005**                Signature   **/s/ Catherine Jones**
                                                   **Catherine Jones**
                                                   **Mayor**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2004 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                           Best Case Bankruptcy

Form B6D
(12/03)

In re  **Town of Muldrow**                                                                 , Case No. _____
                                         Debtor

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xx7185** <br><br> **Armstrong Bank** <br> **P.O. Box 900** <br> **Muldrow, OK 74948-0900** | | - | 10/17/2002 <br><br> **1992 Ford Streetsweeper** <br><br> Value $ **8,000.00** | | | | 8,352.64 | 352.64 |
| Account No. **xx1197** <br><br> **Armstrong Bank** <br> **P.O. Box 429** <br> **Muldrow, OK 74948** | | - | 01/31/2001 <br><br> **1986 GMC Rescue Truck** <br><br> Value $ **12,000.00** | | | | 12,209.17 | 209.17 |
| Account No. <br><br> **Bank of Oklahoma** <br> **Corporate Trust Group** <br> **9520 N. May Ave, Suite 110** <br> **Oklahoma City, OK 73120** | X | - | **1969 System Bonds** <br><br> Value $ **Unknown** | | | | 203,806.19 | Unknown |
| Account No. **CDBG-ED #6701** <br><br> **State of Oklahoma** <br> **Department of Commerce** <br> **900 North Stiles Ave.** <br> **P.O. Box 26980** <br> **Oklahoma City, OK 73126-0980** | X | - | 07/2003 <br><br> **Promissory Note** <br> **Collateral: Water & Wastewater Revenue** <br><br> Value $ **Unknown** | | | | 259,413.08 | Unknown |

**0** continuation sheets attached

Subtotal (Total of this page): 483,781.08

Total (Report on Summary of Schedules): 483,781.08

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037 — Best Case Bankruptcy

In re  **Town of Muldrow**                                                                                      , Case No. _____
                                    Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

   A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.

   If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

   If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

   Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Extensions of credit in an involuntary case**

   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**

   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,925* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, which ever occurred first, to the extent provided in 11 U.S.C. § 507 (a)(3).

☐ **Contributions to employee benefit plans**

   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**

   Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance, or Support**

   Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

   *Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____0_____ continuation sheets attached

Form B6F
(12/03)

In re  **Town of Muldrow**                                          ,   Case No. _____
                      Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Consent Order x4-300** <br><br> **ODEQ** <br> **Oklahoma Depart of Environmental Quality** <br> **P.O. Box 1677** <br> **Oklahoma City, OK 73101-1677** | X | - | **Environmental Regulatory Fines** | X |  | X | **2,260,000.00** |
| Account No. |  |  |  |  |  |  |  |
| Account No. |  |  |  |  |  |  |  |
| Account No. |  |  |  |  |  |  |  |

__0__  continuation sheets attached

Subtotal (Total of this page)  **2,260,000.00**

Total (Report on Summary of Schedules)  **2,260,000.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037    S/N:23555-050128    Best Case Bankruptcy

In re **Town of Muldrow**, Case No. _____
                Debtor

# SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE: A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **OK Foods, Inc.**<br>**c/o Don A. Smith, Esq.**<br>**Smith, Maurras, Cohen, Redd & Horan**<br>**1120 Garrison Ave, Suite 200**<br>**Fort Smith, AR 72917** | **Utility Charges/Cost Agreement Contract** |

___0___ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re **Town of Muldrow**, Case No. _____
                    Debtor

# SCHEDULE H. CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Muldrow Public Works Authority**<br>**P.O. Box 429**<br>**Muldrow, OK 74948-0429** | **State of Oklahoma**<br>**Department of Commerce**<br>**900 North Stiles Ave.**<br>**P.O. Box 26980**<br>**Oklahoma City, OK 73126-0980** |
| **Muldrow Public Works Authority**<br>**P.O. Box 429**<br>**Muldrow, OK 74948-0429** | **ODEQ**<br>**Oklahoma Depart of Environmental Quality**<br>**P.O. Box 1677**<br>**Oklahoma City, OK 73101-1677** |
| **Muldrow Public Works Authority**<br>**P.O. Box 429**<br>**Muldrow, OK 74948-0429** | **Bank of Oklahoma**<br>**Corporate Trust Group**<br>**9520 N. May Ave, Suite 110**<br>**Oklahoma City, OK 73120** |

__0__ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                       Best Case Bankruptcy

# United States Bankruptcy Court
## Eastern District of Oklahoma

In re  **Town of Muldrow**  
Debtor(s)

Case No. _____  
Chapter **9**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Mayor of the Municipality named as the debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __10__ sheets *[total shown on summary page plus 1]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date **April 21, 2005**            Signature **/s/ Catherine Jones**  
**Catherine Jones**  
**Mayor**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2003 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

**United States Bankruptcy Court**
**Eastern District of Oklahoma**

In re   **Town of Muldrow**                         Case No.
                   Debtor(s)                        Chapter   **9**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ **As Allowed By Order of the Court** |
   | Prior to the filing of this statement I have received | $ **$347.50** |
   | Balance Due | $ **0.00** |

2. $ **839.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ☒ Debtor         ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ☒ Debtor         ☐ Other (specify)

5. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]. **Applicant has agreed to represent Debtor in all matters related to this Chapter 9 bankruptcy action on an hourly basis, subject to approval by the Court.**

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **April 21, 2005**                     **/s/ Leonard I. Pataki, OBA No. 6935**
                                                 **Leonard I. Pataki, OBA No. 6935**
                                                 **Doerner, Saunders, Daniel & Anderson, L.L.P.**
                                                 **320 S. Boston Avenue, Suite 500**
                                                 **Tulsa, OK 74103-3725**
                                                 **(918) 582-1211**

---

Software Copyright (c) 1996-2004 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                 Best Case Bankruptcy

Case 05-71621   Doc 1   Filed 04/21/05   Entered 04/21/05 16:11:17   Desc Main
                        Document      Page 11 of 13

**United States Bankruptcy Court**
**Eastern District of Oklahoma**

In re  **Town of Muldrow**                                                                                      Case No.
                                            Debtor(s)                                          Chapter    **9**

# VERIFICATION OF CREDITOR MATRIX

     The undersigned, Catherine Jones, Mayor for the Town of Muldrow, the Debtor herein, hereby certifies under penalty of perjury that the Official Mailing Matrix ("Matrix") submitted via the CM/ECF system, is a correct and complete listing to the best of her knowledge.

     We further acknowledge that (1) the Court will rely on the Matrix based upon the schedules and statements furnished by the Debtor for all mailings, (2) that the various schedules and statements required by the Bankruptcy Rules are not used for mailing purposes, and (3) certify that my office staff and I have undertaken to carefully assemble the data contained on the matrix, provided to us by Debtor, and to assure accuracy in its preparation.

     Official Mailing Matrix submitted via:

    (a)     __x__    CM/ECF system listing a total of ___7___ creditors; or

    (b)     _____    CD ROM(s) listing a total of _____ creditors.

Date:  April 19, 2005                          */s/ Catherine Jones*
                                                Catherine Jones, Mayor for Town of Muldrow

Date:  April 19, 2005                          */s/ Leonard I. Pataki*
                                                Leonard I. Pataki, OBA No. 6935
                                                Doerner, Saunders, Daniel & Anderson, L.L.P.
                                                320 South Boston, Suite 500
                                                Tulsa, OK  74103-3725

```
Armstrong Bank
P.O. Box 900
Muldrow, OK 74948-0900

Bank of Oklahoma
Corporate Trust Group
9520 N. May Ave, Suite 110
Oklahoma City, OK 73120

Eastern Oklahoma Development District
P.O. Box 1367
Muskogee, OK 74401

Muldrow Public Works Authority
P.O. Box 429
Muldrow, OK 74948-0429

ODEQ
Oklahoma Depart of Environmental Quality
P.O. Box 1677
Oklahoma City, OK 73101-1677

OK Foods, Inc.
c/o Don A. Smith, Esq.
Smith, Maurras, Cohen, Redd & Horan
1120 Garrison Ave, Suite 200
Fort Smith, AR 72917

State of Oklahoma
Department of Commerce
900 North Stiles Ave.
P.O. Box 26980
Oklahoma City, OK 73126-0980
```